| | |
|---|---|
| MELINDA HAAG (CABN 132612)<br>United States Attorney<br><br>BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division<br><br>KAREN D. BEAUSEY (CABN 155258)<br>Assistant United States Attorney<br>    450 Golden Gate Ave., Box 36055<br>    San Francisco, California 94102<br>    Telephone: (415) 436-6935<br>    Fax: (415) 436-6982<br>    E-Mail: Karen.Beausey@usdoj.gov<br><br>Attorneys for Plaintiff | **FILED**<br><br>SEP 2 2 2010<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLINA PALOMARES,<br><br>　　　　Defendant. | No. CR 06-0647 CRB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE APPEARANCE<br>DATE AND FOR A FINDING OF<br>EXCLUDABLE TIME |

　　　　This matter is currently set for motions hearing on September 22, 2010 at 2:15 p.m. The parties in the above-captioned case, by and through their counsel of record, hereby stipulated and agree to continue that appearance to October 20, 2010 at 2:15 p.m. for change of plea. The continuance is necessary because the defendant is experiencing significant health problems and is medically unable to attend Court on September 22, 2010.

　　　　The Court has previously made a finding of complexity in this matter pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) in light of the number of defendants charged, the voluminous and complex discovery, and the nature of the prosecution. The Court noted that it would be unreasonable to expect that the parties could adequately prepare for pretrial proceedings and trial

1  itself within the time limits established under the Speedy Trial Act. The parties concur that it
2  would be appropriate for the Court to continue to find this matter complex under 18 U.S.C. §
3  3161(h)(7)(B)(ii). In addition, exclusion of time is appropriate under 18 U.S.C. §
4  3161(h)(7)(B)(iv) to ensure continuity of counsel and to ensure reasonable time for effective
5  preparation of counsel. The parties request that time be excluded on both these bases between
6  September 22, 2010 to and including October 20, 2010.

8  DATED: September 21, 2010                MELINDA HAAG
                                            UNITED STATES ATTORNEY

11                                          _____/s/_____
                                            KAREN D. BEAUSEY
                                            Assistant U.S. Attorney

14  DATED: September, 2010                  _____/s/_____
                                            HARRY SINGER, ESQ.
                                            Counsel for Carolina Palomares

## ATTESTATION

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

                    By:  /s/ Karen Beausey
                         **Karen Beausey**

STIPULATION AND [PROPOSED] ORDER                                                     2
TO CONTINUE APPEARANCE DATE
CR-06-0647 CRB

1 **ORDER**

2 Based on the foregoing, and good cause appearing, the Court hereby FINDS that a
3 continuance of this matter to October 20, 2010 is appropriate, and that this matter is complex
4 within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) based on the number of defendants and the
5 nature of the prosecution. There are eight defendants charged in the case. As noted by the
6 parties at previous status conferences, the charges stem from a lengthy wiretap interception and
7 the case involves a large volume of discovery. In addition, exclusion of time is appropriate under
8 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure continuity of counsel and to ensure reasonable time for
9 effective preparation of counsel. The Court further finds that, given these factors, time is
10 excludable pursuant to §§ 3161(h)(7)(B)(ii) and (iv) because it would be unreasonable to expect
11 the parties to adequately prepare for pretrial proceedings or trial within the time limits
12 established under the Speedy Trial Act.

13 Therefore, based on these findings, IT IS HEREBY ORDERED that this matter is
14 continued to October 20, 2010 for trial setting or change of plea. Time is excluded, for the
15 reasons noted by the parties and set forth above, between September 22, 2010 to and including
16 October 20, 2010, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv).

18 Dated: September 22, 2010

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER                                              3
TO CONTINUE APPEARANCE DATE
CR-06-0647 CRB